

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2021

No. 04-20-00304-CV

**1776 ENERGY PARTNERS, LLC** and 1776 Energy Operators, LLC,
Appellants

v.

**MARATHON OIL EF, LLC** and Marathon Oil EF II, LLC,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 17-02-00033-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

On February 23, 2021, we ordered the court reporter, Leticia Murillo Escamilla, to appear before this court on March 18, 2021, to show cause why she should not be held in civil and criminal contempt of this court and sanctioned for violating this court's order requiring her to file the complete reporter's record in this case by February 9, 2021. On March 1, 2021, Ms. Escamilla filed Volumes 1 and 11 of the reporter's record as well as a letter. In her letter, Ms. Escamilla stated: "Except for the exhibits that are to be supplemented, the reporter's record is finally complete and filed." On March 5, 2021, Ms. Escamilla filed a supplemental volume of exhibits. On March 8, 2021, this court cancelled the show cause hearing and ordered appellants' brief due on April 7, 2021.

On March 17, 2021, Ms. Escamilla filed eleven volumes of a supplemental record. On April 1, 2021, Appellants filed an emergency motion to extend their briefing deadline. Appellants represent:

> On March 31, 2021, it became clear to Appellants that the reporter's record was not, in fact, complete. It was missing an entire cross examination of a key witness that took place on April 18, 2019. Appellants immediately called the court reporter for an explanation. The court reporter explained that she had assigned a portion of the April 18, 2019 transcript to someone else and had overlooked that it had not been transcribed. She promised to have the missing portion of the transcript completed by Friday, April 2, 2021.

Accordingly, we ORDER that Ms. Escamilla confirm, by **April 6, 2021**, that all sections of the reporter's record have been properly transcribed and submitted to the court. **If Ms. Escamilla does not respond to this order or if the complete reporter's record is not received by such date, this court may issue an order directing Ms. Escamilla to appear before this court in person and show cause why she should not be held in contempt for failing to file the record or comply with court orders.**

We further ORDER that appellants' brief is due thirty days from the later of (1) the date Ms. Escamilla files the complete reporter's record or (2) the date Ms. Escamilla files a confirmation in accordance with this order that the reporter's record is complete.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2021.



_____
Michael A. Cruz,
Clerk of Court